======================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__*NORTHERN*__ DISTRICT OF __*NEW YORK*__

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.      3:05cv646 (LEK/DRH)

NINA MUSARELLI,

          **Plaintiff,**

COMMISSIONER OF SOCIAL SECURITY,

          **Defendant(s).**

_____ **JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.**

\_\_**XX**\_\_ **DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED** that the final decision of the Secretary is REVERSED and the action is REMANDED for rehearing pursuant  to the  4th sentence of 42 USC Section 405(g),  in accordance with the  Stipulation  signed by the parties and "So Ordered"  by USMJ David R. Homer on 2/15/06.

DATE: **February 15, 2006**

*[signature]*
Clerk of Court

s/William J. Griffin
By: _____
       DEPUTY CLERK